FILED
CLERK
2/27/2019 11:54 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Samuel Melendez, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Asset Recovery Solutions, LLC,

                Defendant.

Docket No: 2:18-cv-05010-JMA-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 25, 2019

| | |
|---|---|
| **AKERMAN LLP** | **BARSHAY SANDERS, PLLC** |
| By:   /s Scott Kessler | By:   /s Craig B. Sanders |
| Scott Kessler, Esq. | Craig B. Sanders |
| 666 Fifth Avenue, 20th Floor | 100 Garden City Plaza, Suite 500 |
| New York, New York 10103 | Garden City, New York 11530 |
| Tel: (212) 880-3800 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 115387 |
| | *Attorneys for Plaintiff* |

        Case called.
        SO ORDERED.
        /s/ JMA, USDJ
        2/27/2019